IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

NATHANIEL McCLOUD,

    Plaintiff,

vs.                                            CASE NO. 4:08cv436/RS-WCS

STATE OF FLORIDA,

    Defendant.

_____/

### ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 8). Plaintiff has not filed objections.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.
2. This case is dismissed without prejudice.
3. The clerk is directed to close the file.

**ORDERED** on December 12, 2008.

                                      /S/ Richard Smoak
                                      **RICHARD SMOAK**
                                      **UNITED STATES DISTRICT JUDGE**